No. 92–5653.   JOHNSON *v.* TEXAS.   Ct. Crim. App. Tex.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.   The brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 22, 1993.   The brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 12, 1993.   A reply brief, if any, is to be filed with the Clerk

and served upon opposing counsel on or before 3 p.m., Thursday, April 22, 1993. The case is set for oral argument on Monday, April 26, 1993. This Court's Rule 29 does not apply in this case.